UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADFORD THOMAS TAYLOR, SR., | ) | NO. CV 08-844-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 2, 2009.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE